UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT RETTINO,

                Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.

                Defendants.

19cv5326 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

By letter dated March 21, 2020, the plaintiff has sought assistance with three Freedom of Information Law requests. At this point in this case, there is a fully briefed motion to dismiss which the court will decide based on the allegations in the complaint and the arguments in the papers in connection with the motion to dismiss. This court is not the proper forum to pursue any complaints with respect to responses to FOIL requests. If this case proceeded, the means for obtaining discovery would be though the discovery procedures provided for in the Federal Rules of Civil Procedure. But, at this point, no discovery is to proceed until the Court has decided the motion to dismiss. The request for assistance with FOIL requests is therefore **denied**.

Chambers will mail a copy of this order to the pro se plaintiff.

**SO ORDERED.**

Dated: New York, New York
March 27, 2020

_____
John G. Koeltl
**United States District Judge**