UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. RETTINO,

           Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL.,

           Defendants.

19 cv 5326 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Third Amended Complaint has been stricken. There was no basis to file it. The plaintiff's time to respond to the Motion to Dismiss the Second Amended Complaint is extended to **February 27, 2021**. The time to reply is extended to **March 5, 2021**. If the plaintiff fails to respond to the Motion to Dismiss, the motion will be decided on the papers already submitted.

    SO ORDERED.

**Dated:**    **New York, New York**
           **February 8, 2021**           /s/ John G. Koeltl
                                                      John G. Koeltl
                                           United States District Judge

1