**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROBERT L. RETTINO,

                Plaintiff,

-against-                          19 **CIVIL** 5326 (JGK)

                                          **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 15, 2021, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the forgoing reasons, the motion to dismiss is granted. The Complaint is dismissed with prejudice; the case is dismissed with prejudice, and this case is closed.

**Dated:** New York, New York

      July 15, 2021

                                                        **RUBY J. KRAJICK**
                                                     _____
                                                       **Clerk of Court**
                                       **BY:** _____
                                                        **Deputy Clerk**